UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        §
                                              §
LEMBERIS, THOMAS J.                           §     Case No. 12-05620
LEMBERIS, KATHY                               §
                                              §
                                              §
         Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                Kenneth S. Gardner
                Clerk of the U.S. Bankruptcy Court
                219 S. Dearborn, 7th Floor
                Chicago, Illinois 60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
                10:00 a.m.
                on December 20, 2012
                in Courtroom 250 of the Kane County Courthouse
                100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                        Clerk of the US Bankruptcy Court


*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LEMBERIS, THOMAS J. § Case No. 12-05620
LEMBERIS, KATHY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 1,019.50 | $ 0.00 | $ 1,019.50 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,019.50 |
| Remaining Balance | | | $ 1,980.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,401.03  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,077.38 | $ 0.00 | $ 305.48 |
| 000002 | FIA CARD SERVICES, N.A. | $ 12,978.86 | $ 0.00 | $ 652.38 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 10,465.49 | $ 0.00 | $ 526.05 |
| 000004 | Portfolio Recovery Associates, LLC | $ 9,879.30 | $ 0.00 | $ 496.59 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,980.50 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/ Elizabeth C. Berg
             Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 12-05620-MB
Thomas J. Lemberis                                              Chapter 7
Kathy Lemberis
       Debtors                    CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte          Page 1 of 2        Date Rcvd: Nov 14, 2012
                            Form ID: pdf006         Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2012.
db/jdb     +Thomas J. Lemberis,   Kathy Lemberis,   279 Garden Drive,   Elgin, IL 60124-0230
18492467   +Baker and Miller PC,   29 N. Wacker Dr.,   Ste 500,   Chicago, IL 60606-2854
18492468   +Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
18492469   +Cardmember Service,   P. O. Box 15153,   Wilmington, DE 19886-5153
18492470   +Citi Cards,   P.O. Box 182564,   Columbus, OH 43218-2564
18492471   +Citi Mastercard,   Processing Center,   Des Moines, IA 50364-0001
19069659    FIA CARD SERVICES, N.A.,   Bank of America NA (USA),   MBNA America Bank NA,   PO Box 15102,
             Wilmington, DE 19886-5102
18492473   +Nissan Motor Acceptance Corp.,   P.O. Box 660360,   Dallas, TX 75266-0360
18492477   +PNC,   P.O. Box 535230,   Pittsburgh, PA 15253-5230
18492476   +PNC,   P.O. Box 1820,   Dayton, OH 45401-1820
18492478   +PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
19321570   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             c/o U.s. Bank National Association Nd,   POB 41067,   Norfolk VA 23541)
18492475   +Pierce and Associated,   1 North Dearborn,   Chicago, IL 60602-4373
18492479   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   P.O. Box 790408,   Saint Louis, MO 63179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18944506      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2012 03:05:30      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18492472      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2012 03:05:30      Discover Card,
               P.O. Box 6103,   Carol Stream, IL 60197-6103
19304517     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 15 2012 02:48:20
               PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18492474*    +Nissan Motor Acceptance Corp.,   P.O. Box 660360,   Dallas, TX 75266-0360
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2012**             **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: arodarte              Page 2 of 2                   Date Rcvd: Nov 14, 2012
                               Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2012 at the address(es) listed below:
     Andrew J Nelson    on behalf of Creditor   PNC Bank, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
     Christopher M Brown    on behalf of Creditor   PNC Bank, N.A. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
     Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com
     Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
     Martin V Kugia    on behalf of Debtor Thomas Lemberis kugialaw@comcast.net
     Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                          TOTAL: 6