UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
LEMBERIS, THOMAS J. § Case No. 12-05620
LEMBERIS, KATHY §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Elizabeth C. Berg, Trustee_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Service P. O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi Mastercard Processing Center Des Moines, IA 50364 | | | | | |
| | PNC Bank P.O. Box 856177 Louisville, KY 40285 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - LEMBERIS

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-05620  CAD  Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LEMBERIS, THOMAS J. | Date Filed (f) or Converted (c): | 02/16/12 (f) |
| | LEMBERIS, KATHY | 341(a) Meeting Date: | 03/26/12 |
| For Period Ending: | 04/01/13 | Claims Bar Date: | 08/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 279 Garden Dr., Elgin, IL 60124 | 270,000.00 | 0.00 | | 0.00 | FA |
| Order entered 3/8/12 lifting stay | | | | | |
| 2. Chase Checking | 1,506.00 | 0.00 | | 0.00 | FA |
| 3. Chase Saving | 246.00 | 0.00 | | 0.00 | FA |
| 4. Healthcare Associates Credit Union Savings | 900.00 | 0.00 | | 0.00 | FA |
| 5. Furniture | 650.00 | 0.00 | | 0.00 | FA |
| 6. Television | 200.00 | 0.00 | | 0.00 | FA |
| 7. Football Cards | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 10. 401K | 7,000.00 | 0.00 | | 0.00 | FA |
| 11. Thomas is self employed selling insurance | 0.00 | 0.00 | | 0.00 | FA |
| 12. Anticipated Tax Refund | 2,700.00 | 0.00 | | 0.00 | FA |
| 13. 2007 Nissan Altima | 9,147.00 | 4,000.00 | | 4,000.00 | FA |
| Trustee sold Estate's interest back to Debtors pursuant to Court order dated 6/14/12 | | | | | |
| 14. 2008 Nissan Altima | 12,087.00 | 0.00 | | 0.00 | FA |
| **TOTALS (Excluding Unknown Values)** | **$304,861.00** | **$4,000.00** | | **$4,000.00** | **Gross Value of Remaining Assets** **$0.00** (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's interest in vehicle back to Debtors for $4,000 pursuant to Court order; TR has reviewed claims and

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.05c

Case 12-05620    Doc 43    Filed 04/01/13    Entered 04/01/13 10:54:42    Desc Main
Document      Page 7 of 9

FORM 1 - LEMBERIS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-05620    CAD    Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | LEMBERIS, THOMAS J. | Date Filed (f) or Converted (c): | 02/16/12 (f) |
| | LEMBERIS, KATHY | 341(a) Meeting Date: | 03/26/12 |
| | | Claims Bar Date: | 08/16/12 |

submitted TFR to United States Trustee.  TR anticipates making final distribution in later 2012 or early 2013.

Initial Projected Date of Final Report (TFR): 10/15/12     Current Projected Date of Final Report (TFR): 12/31/12

/s/    Elizabeth C. Berg, Trustee
_____ Date: 04/01/13
ELIZABETH C. BERG, TRUSTEE

FORM 2 - LEMBERIS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-05620 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LEMBERIS, THOMAS J. | Bank Name: | Congressional Bank |
|  | LEMBERIS, KATHY | Account Number / CD #: | *******7177  Checking Account |
| Taxpayer ID No: | *******8744 | | |
| For Period Ending: | 04/01/13 | Blanket Bond (per case limit): | $  100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/12 | 13 | Kathy & Thomas Lemberis<br>279 Garden Drive<br>Elgin  IL  60124 | Installment Pymt 1 of 2 - Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 07/02/12 | 13 | Kathy & Thomas Lemberis<br>279 Garden Drive<br>Elgin  IL  60124 | Installment Pymt 2 of 2 - Vehicle | 1129-000 | 2,000.00 | | 4,000.00 |
| 12/21/12 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Trustee Compensation | 2100-000 | | 1,000.00 | 3,000.00 |
| 12/21/12 | 003002 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,019.50 | 1,980.50 |
| 12/21/12 | 003003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 5.03% | 7100-000 | | 305.48 | 1,675.02 |
| 12/21/12 | 003004 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 5.03% | 7100-000 | | 652.38 | 1,022.64 |
| 12/21/12 | 003005 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 5.03% | 7100-000 | | 526.05 | 496.59 |
| 12/21/12 | 003006 | Portfolio Recovery Associates, LLC<br>c/o U.s. Bank National Association Nd | Claim 000004, Payment 5.03% | 7100-000 | | 496.59 | 0.00 |

Page Subtotals          4,000.00          4,000.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2 - LEMBERIS

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 12-05620 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LEMBERIS, THOMAS J. | Bank Name: | Congressional Bank |
| | LEMBERIS, KATHY | Account Number / CD #: | *******7177 Checking Account |
| Taxpayer ID No: | *******8744 | | |
| For Period Ending: | 04/01/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 41067 Norfolk VA 23541 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,000.00 | 4,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7177 | 4,000.00 | 4,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,000.00 | 4,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.05c